# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| VERSANT FUNDING LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>TERAS BREAKBULK OCEAN NAVIGATION ENTERPRISES, LLC f/k/a TERAS BBC OCEAN NAVIGATION ENTERPRISES HOUSTON, LLC; TERAS CARGO TRANSPORT (AMERICA), LLC A DELAWARE LIMITED LIABILITY COMPANY; TERAS CHARTERING, LLC A DELAWARE LIMITED LIABILITY COMPANY d/b/a TERAS BBC CHARTERING, LLC; AND SONNY JOE SANDERS,<br><br>Defendants. | CASE NO.: 17-cv-81140-WPD |

**[FORM 1.914(b). NOTICE TO APPEAR]**

**NOTICE TO APPEAR TO TERAS AMERICA, LLC**

YOU ARE NOTIFIED that, pursuant to section 56.29, Florida Statutes, proceedings supplementary have been initiated against you by Versant Funding LLC ("Versant" or "Judgment Creditor") to satisfy a judgment by application of the following:

any and all assets of any of the three following entities (collectively referred to herein as the "Judgment Debtors") or any entities that any of the Judgment Debtors owns or controls:

(1) Teras Breakbulk Ocean Navigation Enterprises, LLC f/k/a Teras BBC Ocean Navigation Enterprises Houston, LLC, a Delaware limited liability company ("Teras BBC" or "TBONE");

(2) Teras Cargo Transport (America), LLC, a Delaware limited liability company ("Teras Cargo America" or "TCTA"); or

(3) Teras Chartering, LLC d/b/a Teras BBC Chartering, LLC, a Delaware limited liability company ("TChart");

1

and specifically all assets and/or property owned by TERAS AMERICA LLC (or its subsidiary or affiliate), as alter ego of the Judgment Debtors, including but not limited to any and all:

a. real estate, wherever located;
b. vehicles and motorized equipment, including but not limited to ships and tugs;
c. checking and savings accounts;
d. stocks, bonds and other securities;
e. accounts receivable;
f. judgments held against third parties;
g. loans, mortgages, and/or debts owed to TERAS AMERICA LLC;
h. property of TERAS AMERICA LLC held by third parties;
i. intellectual property;
j. interest in a corporation, partnership or trust;
k. interest in insurance, legal, or other claims now pending; and/or
l. contents of any safe or safe deposit box.

You are required to serve an affidavit within **seven (7) business days** of service of this Notice to Appear stating that the property, debt, or other obligation belongs to you. The affidavit must include any fact or legal defense opposing the application of the property, debt or other obligation toward the satisfaction of the judgment, and must be served on Adam G. Wasch, Esq., Wasch Raines LLP, 2500 N Military Trail, Suite 100, Boca Raton, FL 33431, Tel. 561-693-3234, awasch@waschraines.com, counsel for the Judgment Creditor Versant.

You must file the original affidavit with the clerk of this court either before service on the Judgment Creditor or immediately thereafter. Legal defenses need not be filed under oath but must be served contemporaneously with the affidavit. If any of your property has been levied on and you choose to oppose the application of the property to be applied toward the satisfaction of the judgment, then you must furnish a bond with surety to be approved by the officer in favor of the judgment creditor. The amount of the bond must be double the value of the goods claimed as the value is fixed by the officer and conditioned to deliver said property on demand of said officer if it is adjudged to be the property of the judgment debtor and to pay the judgment creditor all damages found against you if it appears that the claim was interposed for the purpose of delay.

**YOU HAVE A RIGHT TO A TRIAL BY JURY TO DETERMINE THE RIGHT TO THE PROPERTY, DEBT OR OTHER OBLIGATION DUE TO THE JUDGMENT DEBTOR. YOU ARE ENTITLED TO DISCOVERY UNDER THE FLORIDA RULES OF CIVIL PROCEDURE. IF THE COURT OR JURY DETERMINES THAT THE PROPERTY, DEBT OR OTHER OBLIGATION BELONGS TO THE JUDGMENT DEBTOR AND IS SUBJECT TO APPLICATION TOWARD THE SATISFACTION OF ITS JUDGMENT, THEN YOU MAY BE ORDERED TO PAY DAMAGES TO THE JUDGMENT**

**CREDITOR OR SURRENDER THE PROPERTY OR OTHER OBLIGATION DUE TO THE JUDGMENT DEBTOR TO THE JUDGMENT CREDITOR.**

   **DONE AND ORDERED** in Chambers in at Fort Lauderdale, Broward County, Florida

this _____ day of _____, 2020.

                _____
                WILLIAM P. DIMITROULEAS
                United States District Judge

Copies provided to:
All Counsel of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| VERSANT FUNDING LLC, a Delaware Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TERAS BREAKBULK OCEAN NAVIGATION ENTERPRISES, LLC f/k/a TERAS BBC OCEAN NAVIGATION ENTERPRISES HOUSTON, LLC; TERAS CARGO TRANSPORT (AMERICA), LLC A DELAWARE LIMITED LIABILITY COMPANY; TERAS CHARTERING, LLC A DELAWARE LIMITED LIABILITY COMPANY  d/b/a TERAS BBC CHARTERING, LLC; AND SONNY JOE SANDERS,<br><br>　　　　Defendants. | CASE NO.: 17-cv-81140-WPD |

**[FORM 1.914(b). NOTICE TO APPEAR]**

### NOTICE TO APPEAR TO PNG PROJECT SERVICES, LTD

　　YOU ARE NOTIFIED that, pursuant to section 56.29, Florida Statutes, proceedings supplementary have been initiated against you by Versant Funding LLC ("Versant" or "Judgment Creditor") to satisfy a judgment by application of the following:

　　any and all assets of any of the three following entities (collectively referred to herein as the "Judgment Debtors") or any entities that any of the Judgment Debtors owns or controls:

　　　(1) Teras Breakbulk Ocean Navigation Enterprises, LLC f/k/a Teras BBC Ocean Navigation Enterprises Houston, LLC, a Delaware limited liability company ("Teras BBC" or "TBONE");

　　　(2) Teras Cargo Transport (America), LLC, a Delaware limited liability company ("Teras Cargo America" or "TCTA"); or

　　　(3) Teras Chartering, LLC d/b/a Teras BBC Chartering, LLC, a Delaware limited liability company ("TChart");

1

and specifically all assets and/or property owned by PNG PROJECT SERVICES, LTD (or its subsidiary or affiliate), as alter ego of the Judgment Debtors, including but not limited to any and all:

a. real estate, wherever located;
b. vehicles and motorized equipment, including but not limited to ships and tugs;
c. checking and savings accounts;
d. stocks, bonds and other securities;
e. accounts receivable;
f. judgments held against third parties;
g. loans, mortgages, and/or debts owed to PNG PROJECT SERVICES, LTD;
h. property of PNG PROJECT SERVICES, LTD held by third parties;
i. intellectual property;
j. interest in a corporation, partnership or trust;
k. interest in insurance, legal, or other claims now pending; and/or
l. contents of any safe or safe deposit box.

You are required to serve an affidavit within **seven (7) business days** of service of this Notice to Appear stating that the property, debt, or other obligation belongs to you. The affidavit must include any fact or legal defense opposing the application of the property, debt or other obligation toward the satisfaction of the judgment, and must be served on Adam G. Wasch, Esq., Wasch Raines LLP, 2500 N. Military Trail, Suite 100, Boca Raton, FL 33431, Tel. 561-693-3234, awasch@waschraines.com, counsel for the Judgment Creditor Versant.

You must file the original affidavit with the clerk of this court either before service on the Judgment Creditor or immediately thereafter. Legal defenses need not be filed under oath but must be served contemporaneously with the affidavit. If any of your property has been levied on and you choose to oppose the application of the property to be applied toward the satisfaction of the judgment, then you must furnish a bond with surety to be approved by the officer in favor of the judgment creditor. The amount of the bond must be double the value of the goods claimed as the value is fixed by the officer and conditioned to deliver said property on demand of said officer if it is adjudged to be the property of the judgment debtor and to pay the judgment creditor all damages found against you if it appears that the claim was interposed for the purpose of delay.

**YOU HAVE A RIGHT TO A TRIAL BY JURY TO DETERMINE THE RIGHT TO THE PROPERTY, DEBT OR OTHER OBLIGATION DUE TO THE JUDGMENT DEBTOR. YOU ARE ENTITLED TO DISCOVERY UNDER THE FLORIDA RULES OF CIVIL PROCEDURE. IF THE COURT OR JURY DETERMINES THAT THE PROPERTY, DEBT OR OTHER OBLIGATION BELONGS TO THE JUDGMENT DEBTOR AND IS SUBJECT TO APPLICATION TOWARD THE SATISFACTION OF ITS JUDGMENT, THEN YOU MAY BE ORDERED TO PAY DAMAGES TO THE JUDGMENT**

**CREDITOR OR SURRENDER THE PROPERTY OR OTHER OBLIGATION DUE TO THE JUDGMENT DEBTOR TO THE JUDGMENT CREDITOR.**

      **DONE AND ORDERED** in Chambers in at Fort Lauderdale, Broward County, Florida

this _____ day of _____, 2020.

 

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:
All Counsel of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| VERSANT FUNDING LLC, a Delaware Limited Liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>TERAS BREAKBULK OCEAN NAVIGATION ENTERPRISES, LLC f/k/a TERAS BBC OCEAN NAVIGATION ENTERPRISES HOUSTON, LLC; TERAS CARGO TRANSPORT (AMERICA), LLC A DELAWARE LIMITED LIABILITY COMPANY; TERAS CHARTERING, LLC A DELAWARE LIMITED LIABILITY COMPANY  d/b/a TERAS BBC CHARTERING, LLC; AND SONNY JOE SANDERS,<br><br>    Defendants. | CASE NO.: 17-cv-81140-WPD |

**[FORM 1.914(b). NOTICE TO APPEAR]**

**<u>NOTICE TO APPEAR TO TERAS QUEENSLAND, LTD</u>**

YOU ARE NOTIFIED that, pursuant to section 56.29, Florida Statutes, proceedings supplementary have been initiated against you by Versant Funding LLC ("Versant" or "Judgment Creditor") to satisfy a judgment by application of the following:

any and all assets of any of the three following entities (collectively referred to herein as the "Judgment Debtors") or any entities that any of the Judgment Debtors owns or controls:

(1) Teras Breakbulk Ocean Navigation Enterprises, LLC f/k/a Teras BBC Ocean Navigation Enterprises Houston, LLC, a Delaware limited liability company ("Teras BBC" or "TBONE");

(2) Teras Cargo Transport (America), LLC, a Delaware limited liability company ("Teras Cargo America" or "TCTA"); or

(3) Teras Chartering, LLC d/b/a Teras BBC Chartering, LLC, a Delaware limited liability company ("TChart");

1

and specifically all assets and/or property owned by TERAS QUEENSLAND, LTD (or its subsidiary or affiliate), as alter ego of the Judgment Debtors, including but not limited to any and all:

a. real estate, wherever located;
b. vehicles and motorized equipment, including but not limited to ships and tugs;
c. checking and savings accounts;
d. stocks, bonds and other securities;
e. accounts receivable;
f. judgments held against third parties;
g. loans, mortgages, and/or debts owed to TERAS QUEENSLAND, LTD;
h. property of TERAS QUEENSLAND, LTD held by third parties;
i. intellectual property;
j. interest in a corporation, partnership or trust;
k. interest in insurance, legal, or other claims now pending; and/or
l. contents of any safe or safe deposit box.

You are required to serve an affidavit within **seven (7) business days** of service of this Notice to Appear stating that the property, debt, or other obligation belongs to you. The affidavit must include any fact or legal defense opposing the application of the property, debt or other obligation toward the satisfaction of the judgment, and must be served on Adam G. Wasch, Esq., Wasch Raines LLP, 2500 N. Military Trail, Suite 100, Boca Raton, FL 33431, Tel. 561-693-3234, awasch@waschraines.com, counsel for the Judgment Creditor Versant.

You must file the original affidavit with the clerk of this court either before service on the Judgment Creditor or immediately thereafter. Legal defenses need not be filed under oath but must be served contemporaneously with the affidavit. If any of your property has been levied on and you choose to oppose the application of the property to be applied toward the satisfaction of the judgment, then you must furnish a bond with surety to be approved by the officer in favor of the judgment creditor. The amount of the bond must be double the value of the goods claimed as the value is fixed by the officer and conditioned to deliver said property on demand of said officer if it is adjudged to be the property of the judgment debtor and to pay the judgment creditor all damages found against you if it appears that the claim was interposed for the purpose of delay.

**YOU HAVE A RIGHT TO A TRIAL BY JURY TO DETERMINE THE RIGHT TO THE PROPERTY, DEBT OR OTHER OBLIGATION DUE TO THE JUDGMENT DEBTOR. YOU ARE ENTITLED TO DISCOVERY UNDER THE FLORIDA RULES OF CIVIL PROCEDURE. IF THE COURT OR JURY DETERMINES THAT THE PROPERTY, DEBT OR OTHER OBLIGATION BELONGS TO THE JUDGMENT DEBTOR AND IS SUBJECT TO APPLICATION TOWARD THE SATISFACTION OF ITS JUDGMENT, THEN YOU MAY BE ORDERED TO PAY DAMAGES TO THE JUDGMENT**

**CREDITOR OR SURRENDER THE PROPERTY OR OTHER OBLIGATION DUE TO THE JUDGMENT DEBTOR TO THE JUDGMENT CREDITOR.**

**DONE AND ORDERED** in Chambers in at Fort Lauderdale, Broward County, Florida this _____ day of _____, 2020.

 _____
 WILLIAM P. DIMITROULEAS
 United States District Judge

Copies provided to:
All Counsel of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| VERSANT FUNDING LLC, a Delaware Limited Liability Company,<br><br>      Plaintiff,<br><br>v.<br><br>TERAS BREAKBULK OCEAN NAVIGATION ENTERPRISES, LLC f/k/a TERAS BBC OCEAN NAVIGATION ENTERPRISES HOUSTON, LLC; TERAS CARGO TRANSPORT (AMERICA), LLC A DELAWARE LIMITED LIABILITY COMPANY; TERAS CHARTERING, LLC A DELAWARE LIMITED LIABILITY COMPANY  d/b/a TERAS BBC CHARTERING, LLC; AND SONNY JOE SANDERS,<br><br>      Defendants. | CASE NO.: 17-cv-81140-WPD |

**[FORM 1.914(b). NOTICE TO APPEAR]**

<u>**NOTICE TO APPEAR TO TRUENORTH ENERGY SYSTEMS, LLC**</u>

YOU ARE NOTIFIED that, pursuant to section 56.29, Florida Statutes, proceedings supplementary have been initiated against you by Versant Funding LLC ("Versant" or "Judgment Creditor") to satisfy a judgment by application of the following:

any and all assets of any of the three following entities (collectively referred to herein as the "Judgment Debtors") or any entities that any of the Judgment Debtors owns or controls:

(1) Teras Breakbulk Ocean Navigation Enterprises, LLC f/k/a Teras BBC Ocean Navigation Enterprises Houston, LLC, a Delaware limited liability company ("Teras BBC" or "TBONE");

(2) Teras Cargo Transport (America), LLC, a Delaware limited liability company ("Teras Cargo America" or "TCTA"); or

(3) Teras Chartering, LLC d/b/a Teras BBC Chartering, LLC, a Delaware limited liability company ("TChart");

1

and specifically all assets and/or property owned by TRUENORTH ENERGY SYSTEMS, LLC (or its subsidiary or affiliate), as alter ego of the Judgment Debtors, including but not limited to any and all:

a. real estate, wherever located;
b. vehicles and motorized equipment, including but not limited to ships and tugs;
c. checking and savings accounts;
d. stocks, bonds and other securities;
e. accounts receivable;
f. judgments held against third parties;
g. loans, mortgages, and/or debts owed to TRUENORTH ENERGY SYSTEMS, LLC;
h. property of TRUENORTH ENERGY SYSTEMS, LLC held by third parties;
i. intellectual property;
j. interest in a corporation, partnership or trust;
k. interest in insurance, legal, or other claims now pending; and/or
l. contents of any safe or safe deposit box.

You are required to serve an affidavit within **seven (7) business days** of service of this Notice to Appear stating that the property, debt, or other obligation belongs to you. The affidavit must include any fact or legal defense opposing the application of the property, debt or other obligation toward the satisfaction of the judgment, and must be served on Adam G. Wasch, Esq., Wasch Raines LLP, 2500 N. Military Trail, Suite 100, Boca Raton, FL 33431, Tel. 561-693-3234, awasch@waschraines.com, counsel for the Judgment Creditor Versant.

You must file the original affidavit with the clerk of this court either before service on the Judgment Creditor or immediately thereafter. Legal defenses need not be filed under oath but must be served contemporaneously with the affidavit. If any of your property has been levied on and you choose to oppose the application of the property to be applied toward the satisfaction of the judgment, then you must furnish a bond with surety to be approved by the officer in favor of the judgment creditor. The amount of the bond must be double the value of the goods claimed as the value is fixed by the officer and conditioned to deliver said property on demand of said officer if it is adjudged to be the property of the judgment debtor and to pay the judgment creditor all damages found against you if it appears that the claim was interposed for the purpose of delay.

**YOU HAVE A RIGHT TO A TRIAL BY JURY TO DETERMINE THE RIGHT TO THE PROPERTY, DEBT OR OTHER OBLIGATION DUE TO THE JUDGMENT DEBTOR. YOU ARE ENTITLED TO DISCOVERY UNDER THE FLORIDA RULES OF CIVIL PROCEDURE. IF THE COURT OR JURY DETERMINES THAT THE PROPERTY, DEBT OR OTHER OBLIGATION BELONGS TO THE JUDGMENT DEBTOR AND IS SUBJECT TO APPLICATION TOWARD THE SATISFACTION OF ITS JUDGMENT, THEN YOU MAY BE ORDERED TO PAY DAMAGES TO THE JUDGMENT**

**CREDITOR OR SURRENDER THE PROPERTY OR OTHER OBLIGATION DUE TO THE JUDGMENT DEBTOR TO THE JUDGMENT CREDITOR.**

  **DONE AND ORDERED** in Chambers in at Fort Lauderdale, Broward County, Florida

this _____ day of _____, 2020.

                _____
                WILLIAM P. DIMITROULEAS
                United States District Judge

Copies provided to:
All Counsel of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| VERSANT FUNDING LLC, a Delaware Limited Liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>TERAS BREAKBULK OCEAN NAVIGATION ENTERPRISES, LLC f/k/a TERAS BBC OCEAN NAVIGATION ENTERPRISES HOUSTON, LLC; TERAS CARGO TRANSPORT (AMERICA), LLC A DELAWARE LIMITED LIABILITY COMPANY; TERAS CHARTERING, LLC A DELAWARE LIMITED LIABILITY COMPANY d/b/a TERAS BBC CHARTERING, LLC; AND SONNY JOE SANDERS,<br><br>    Defendants. | CASE NO.: 17-cv-81140-WPD |

**[FORM 1.914(b). NOTICE TO APPEAR]**

<u>**NOTICE TO APPEAR TO CARGO RISK CONSULTING, LLC**</u>

YOU ARE NOTIFIED that, pursuant to section 56.29, Florida Statutes, proceedings supplementary have been initiated against you by Versant Funding LLC ("Versant" or "Judgment Creditor") to satisfy a judgment by application of the following:

any and all assets of any of the three following entities (collectively referred to herein as the "Judgment Debtors") or any entities that any of the Judgment Debtors owns or controls:

    (1) Teras Breakbulk Ocean Navigation Enterprises, LLC f/k/a Teras BBC Ocean Navigation Enterprises Houston, LLC, a Delaware limited liability company ("Teras BBC" or "TBONE");

    (2) Teras Cargo Transport (America), LLC, a Delaware limited liability company ("Teras Cargo America" or "TCTA"); or

    (3) Teras Chartering, LLC d/b/a Teras BBC Chartering, LLC, a Delaware limited liability company ("TChart");

1

and specifically all assets and/or property owned by CARGO RISK CONSULTING, LLC (or its subsidiary or affiliate), as alter ego of the Judgment Debtors, including but not limited to any and all:

a. real estate, wherever located;

b. vehicles and motorized equipment, including but not limited to ships and tugs;

c. checking and savings accounts;

d. stocks, bonds and other securities;

e. accounts receivable;

f. judgments held against third parties;

g. loans, mortgages, and/or debts owed to CARGO RISK CONSULTING, LLC;

h. property of CARGO RISK CONSULTING, LLC held by third parties;

i. intellectual property;

j. interest in a corporation, partnership or trust;

k. interest in insurance, legal, or other claims now pending; and/or

l. contents of any safe or safe deposit box.

You are required to serve an affidavit within **seven (7) business days** of service of this Notice to Appear stating that the property, debt, or other obligation belongs to you. The affidavit must include any fact or legal defense opposing the application of the property, debt or other obligation toward the satisfaction of the judgment, and must be served on Adam G. Wasch, Esq., Wasch Raines LLP, 2500 N. Military Trail, Suite 100, Boca Raton, FL 33431, Tel. 561-693-3234, awasch@waschraines.com, counsel for the Judgment Creditor Versant.

You must file the original affidavit with the clerk of this court either before service on the Judgment Creditor or immediately thereafter. Legal defenses need not be filed under oath but must be served contemporaneously with the affidavit. If any of your property has been levied on and you choose to oppose the application of the property to be applied toward the satisfaction of the judgment, then you must furnish a bond with surety to be approved by the officer in favor of the judgment creditor. The amount of the bond must be double the value of the goods claimed as the value is fixed by the officer and conditioned to deliver said property on demand of said officer if it is adjudged to be the property of the judgment debtor and to pay the judgment creditor all damages found against you if it appears that the claim was interposed for the purpose of delay.

**YOU HAVE A RIGHT TO A TRIAL BY JURY TO DETERMINE THE RIGHT TO THE PROPERTY, DEBT OR OTHER OBLIGATION DUE TO THE JUDGMENT DEBTOR. YOU ARE ENTITLED TO DISCOVERY UNDER THE FLORIDA RULES OF CIVIL PROCEDURE. IF THE COURT OR JURY DETERMINES THAT THE PROPERTY, DEBT OR OTHER OBLIGATION BELONGS TO THE JUDGMENT DEBTOR AND IS SUBJECT TO APPLICATION TOWARD THE SATISFACTION OF ITS JUDGMENT, THEN YOU MAY BE ORDERED TO PAY DAMAGES TO THE JUDGMENT**

**CREDITOR OR SURRENDER THE PROPERTY OR OTHER OBLIGATION DUE TO THE JUDGMENT DEBTOR TO THE JUDGMENT CREDITOR.**

      **DONE AND ORDERED** in Chambers in at Fort Lauderdale, Broward County, Florida

this _____ day of _____, 2020.

                                            _____
                                            WILLIAM P. DIMITROULEAS
                                            United States District Judge

Copies provided to:
All Counsel of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| VERSANT FUNDING LLC, a Delaware Limited Liability Company,<br><br>      Plaintiff,<br><br>v.<br><br>TERAS BREAKBULK OCEAN NAVIGATION ENTERPRISES, LLC f/k/a TERAS BBC OCEAN NAVIGATION ENTERPRISES HOUSTON, LLC; TERAS CARGO TRANSPORT (AMERICA), LLC A DELAWARE LIMITED LIABILITY COMPANY; TERAS CHARTERING, LLC A DELAWARE LIMITED LIABILITY COMPANY  d/b/a TERAS BBC CHARTERING, LLC; AND SONNY JOE SANDERS,<br><br>      Defendants. | CASE NO.: 17-cv-81140-WPD |

**[FORM 1.914(b). NOTICE TO APPEAR]**

<u>**NOTICE TO APPEAR TO SJS INVESTMENTS, LLC**</u>

YOU ARE NOTIFIED that, pursuant to section 56.29, Florida Statutes, proceedings supplementary have been initiated against you by Versant Funding LLC ("Versant" or "Judgment Creditor") to satisfy a judgment by application of the following:

any and all assets of any of the three following entities (collectively referred to herein as the "Judgment Debtors") or any entities that any of the Judgment Debtors owns or controls:

   (1) Teras Breakbulk Ocean Navigation Enterprises, LLC f/k/a Teras BBC Ocean Navigation Enterprises Houston, LLC, a Delaware limited liability company ("Teras BBC" or "TBONE");

   (2) Teras Cargo Transport (America), LLC, a Delaware limited liability company ("Teras Cargo America" or "TCTA"); or

   (3) Teras Chartering, LLC d/b/a Teras BBC Chartering, LLC, a Delaware limited liability company ("TChart");

1

and specifically all assets and/or property owned by SJS INVESTMENTS, LLC (or its subsidiary or affiliate), as alter ego of the Judgment Debtors, including but not limited to any and all:

a. interest(s) held by SJS INVESTMENTS, LLC in the ship called the *Seattle*, and/or in JJ Investment Group LLC, JJ Seattle, LLC, or JM Ship, LLC;

b. real estate, wherever located;

c. vehicles and motorized equipment, including but not limited to ships and tugs;

d. checking and savings accounts;

e. stocks, bonds and other securities;

f. accounts receivable;

g. judgments held against third parties;

h. loans, mortgages, and/or debts owed to TERAS AMERICA LLC;

i. property of TERAS AMERICA LLC held by third parties;

j. intellectual property;

k. interest in a corporation, partnership or trust;

l. interest in insurance, legal, or other claims now pending; and/or

m. contents of any safe or safe deposit box.

You are required to serve an affidavit within **seven (7) business days** of service of this Notice to Appear stating that the property, debt, or other obligation belongs to you. The affidavit must include any fact or legal defense opposing the application of the property, debt or other obligation toward the satisfaction of the judgment, and must be served on Adam G. Wasch, Esq., Wasch Raines LLP, 2500 N Military Trail, Suite 100, Boca Raton, FL 33431, Tel. 561-693-3234, awasch@waschraines.com, counsel for the Judgment Creditor Versant.

You must file the original affidavit with the clerk of this court either before service on the judgment creditor or immediately thereafter. Legal defenses need not be filed under oath but must be served contemporaneously with the affidavit. If any of your property has been levied on and you choose to oppose the application of the property to be applied toward the satisfaction of the judgment, then you must furnish a bond with surety to be approved by the officer in favor of the judgment creditor. The amount of the bond must be double the value of the goods claimed as the value is fixed by the officer and conditioned to deliver said property on demand of said officer if it is adjudged to be the property of the judgment debtor and to pay the judgment creditor all damages found against you if it appears that the claim was interposed for the purpose of delay.

**YOU HAVE A RIGHT TO A TRIAL BY JURY TO DETERMINE THE RIGHT TO THE PROPERTY, DEBT OR OTHER OBLIGATION DUE TO THE JUDGMENT DEBTOR. YOU ARE ENTITLED TO DISCOVERY UNDER THE FLORIDA RULES OF CIVIL PROCEDURE. IF THE COURT OR JURY DETERMINES THAT THE PROPERTY, DEBT OR OTHER OBLIGATION BELONGS TO THE JUDGMENT DEBTOR AND IS SUBJECT TO APPLICATION TOWARD THE SATISFACTION OF ITS JUDGMENT,**

**THEN YOU MAY BE ORDERED TO PAY DAMAGES TO THE JUDGMENT CREDITOR OR SURRENDER THE PROPERTY OR OTHER OBLIGATION DUE TO THE JUDGMENT DEBTOR TO THE JUDGMENT CREDITOR.**

**DONE AND ORDERED** in Chambers in at Fort Lauderdale, Broward County, Florida this ___ day of _____, 2020.

                                                                         _____
                                                                         WILLIAM P. DIMITROULEAS
                                                                         United States District Judge

Copies provided to:
All Counsel of Record