UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

VERSANT FUNDING LLC, a )
Delaware Limited Liability Company, )
                         )     Case No.: 17-cv-81140-WPD
        Plaintiff, )
v. )
                         )
TERAS BREAKBULK OCEAN )
NAVIGATION ENTERPRISES, LLC )
f/k/a TERAS BBC OCEAN )
NAVIGATION ENTERPRISES )
HOUSTON, LLC, et al. )
                         )
        Defendants. )
_____/

**PLAINTIFF VERSANT FUNDING LLC'S MOTION TO FILE UNDER SEAL EXHIBIT ATTACHED TO PLAINTIFF'S MOTION *IN LIMINE***

        Plaintiff, Versant Funding LLC ("Versant" or "Plaintiff"), files this Motion to File Under Seal an exhibit, pursuant to Docket Entry 115 (Confidentiality Order) and LR 5.4, and hereby states in support the following:

        1.      On May 21, 2020, Plaintiff filed a motion for the commencement of proceedings supplementary to execution (the "Motion") [DE 217].

        2.      Versant seeks to support this motion with an Exhibit titled, "Teras BBC P&L" statement ("Exhibit") which is Exhibit "E" to the Declaration of Joshua Gillette filed in support of the Motion.

        3.      The Defendants had marked this document as confidential in this litigation after it was turned over by a non-party.

        4.      This same exhibit was filed in support of a motion in limine and granted admittance by this Court under seal [DE 99].  Out of an abundance of caution, Plaintiff again moves this Court for an Order granting its motion to file this Exhibit under seal.

**WHEREFORE**, for the aforementioned reasons, Plaintiff, Versant Funding, LLC, respectfully requests that its Motion to File an Exhibit under Seal be GRANTED.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on the 22nd day of May 2020, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

WASCH RAINES LLP                                    KAGEN & CASPERSEN

*/s/Adam G. Wasch*                                  */s/ Russell L. Bogart*
Adam G. Wasch, Esq.                                 Russell L. Bogart, Esq.
Florida Bar No. 071082                              Admitted *Pro Hac Vice*
2500 N. Military Trail, Suite 100                   757 Third Avenue, 20th Fl.
Boca Raton, FL 33431                                New York, New York 10017
Phone: (561) 693-3234                               Phone:  (212) 880-2045
Fax: (561) 404-1104                                 Fax: (646) 304-7879
awasch@waschraines.com                              rbogart@kagencaspersen.com
*Counsel for Plaintiff*                             *Co-Counsel for Plaintiff*

2