UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

VERSANT FUNDING, LLC, a
Delaware Limited Liability Company,

Plaintiff,

vs.

TERAS BREAKBULK OCEAN
NAVIGATION ENTERPRISES LLC
f/k/a TERAS BBC OCEAN
NAVIGATION ENTERPRISES
HOUSTON, LLC, TERAS CARGO
TRANSPORT (AMERICA), LLC d/b/a
TERAS BBC CHARTERING, LLC,
each a Delaware Limited Liability
Company and SONNY JOE SANDERS,

Defendants.

Case No.: 17-cv-81140

## [PROPOSED] ORDER GRANTING MOTION TO SEAL

THIS CAUSE is before the Court on Plaintiff Versant Funding LLC's Motion to Seal Exhibit "E" from the Affidavit of Joshua Gillete [DE 219] in support of Versant's Motion for Commencement of Proceedings Supplementary to Execution and for the Entry of an Order for Impleader of Third-Party Defendants in Aid of Execution [DE 217] (the "Motion"). The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 221] is **GRANTED**.

2. Plaintiff shall file Exhibit "E" to the Affidavit of Joshua Gillette under seal in compliance with Local Rule 5.4 and the Confidentiality Order [DE 115]

1

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this _____ day of _____, 2020.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

cc:  All counsel of record