UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-81140-DIMITROULEAS/MATTHEWMAN

VERSANT FUNDING LLC, a Delaware
Limited Liability Company,

    Plaintiff,

vs.

TERAS BREAKBULK OCEAN
NAVIGATION ENTERPRISES, LLC f/k/a
TERAS BBC OCEAN NAVIGATION
ENTERPRISES HOUSTON, LLC; et al.,

    Defendants,

and

TERAS AMERICA, LLC; PNG PROJECT
SERVICES, LTD.; TERAS QUEENSLAND
PTY LTD.; TRUENORTH ENERGY
SYSTEMS, LLC; CARGO RISK
CONSULTING, LLC; AND SJS
INVESTMENTS, LLC,

    Third-Party Defendants.
_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Timothy R. Lord, Esq. of the law firm of Timothy R. Lord, Esq., located at 5358 33rd Ave NW Ste 104, Gig Harbor, WA 98335-1773 with telephone number: (415) 342-9144, and at email address: tlord@truenorthamerica.com, for purposes of appearance as co-counsel on behalf of Defendants,

TERAS BREAKBULK OCEAN NAVIGATION ENTERPRISES, LLC f/k/a TERAS BBC OCEAN NAVIGATION ENTERPRISES HOUSTON, LLC; TERAS CARGO TRANSPORT (AMERICA), LLC; TERAS CHARTERING, LLC d/b/a TERAS BBC CHARTERING, LLC; and SONNY JOE SANDERS ("Defendants") and Third-Party Defendants, TERAS AMERICA, LLC; PNG PROJECT SERVICES, LTD.; TERAS QUEENSLAND PTY LTD.; TRUENORTH ENERGY SYSTEMS, LLC; CARGO RISK CONSULTING, LLC; AND SJS INVESTMENTS, LLC ("Third-Party Defendants"), in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Timothy R. Lord, Esq. to receive electronic filings in this case, and in support thereof states as follows:

    1.    Timothy R. Lord, Esq. is not admitted to practice in the Southern District of Florida and is a member in good standing of the California Bar.

    2.    Movant, Joel A Bello, Esq, of the law firm of Bello & Martinez, P.L.L.C., located at 2850 S. Douglas Road, Suite 303, Coral Gables, Florida 33134, Telephone: (305) 967-8594, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Timothy R. Lord, Esq., has made payment of this Court's $ 200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Timothy R. Lord, Esq., by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Timothy R. Lord, Esq. at email address: tlord@truenorthamerica.com.

**WHEREFORE**, Joel A. Bello, Esq. moves this Court to enter an Order for Timothy R. Lord, Esq., to appear before this Court on behalf of Defendants, TERAS BREAKBULK OCEAN NAVIGATION ENTERPRISES, LLC f/k/a TERAS BBC OCEAN NAVIGATION ENTERPRISES HOUSTON, LLC; TERAS CARGO TRANSPORT (AMERICA), LLC; TERAS CHARTERING, LLC d/b/a TERAS BBC CHARTERING, LLC; and SONNY JOE SANDERS ("Defendants") and Third-Party Defendants, TERAS AMERICA, LLC; PNG PROJECT SERVICES, LTD.; TERAS QUEENSLAND PTY LTD.; TRUENORTH ENERGY SYSTEMS, LLC; CARGO RISK CONSULTING, LLC; AND SJS INVESTMENTS, LLC ("Third-Party Defendants"), for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Timothy R. Lord, Esq.

Date: August 6, 2024                    Respectfully submitted,

                                              /S/ *JOEL A. BELLO*
                                      Joel A. Bello, Esq.
                                      Florida Bar No.: 573825
                                      BELLO & MARTINEZ, P.L.L.C.
                                      Telephone: (305) 967-8594
                                      Email: jbello@bmrlawgroup.com
                                      Attorneys for Defendants and Third-Party Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-81140-DIMITROULEAS/MATTHEWMAN

VERSANT FUNDING LLC, a Delaware
Limited Liability Company,

    Plaintiff,

vs.

TERAS BREAKBULK OCEAN
NAVIGATION ENTERPRISES, LLC f/k/a
TERAS BBC OCEAN NAVIGATION
ENTERPRISES HOUSTON, LLC; et al.,

    Defendants,
and

TERAS AMERICA, LLC; PNG PROJECT
SERVICES, LTD.; TERAS QUEENSLAND
PTY LTD.; TRUENORTH ENERGY
SYSTEMS, LLC; CARGO RISK
CONSULTING, LLC; AND SJS
INVESTMENTS, LLC,

    Third-Party Defendants.
_____/

## CERTIFICATION OF TIMOTHY R. LORD, ESQ.

Timothy R. Lord, Esq., pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida;  (2) I am a member in good standing of California Bar and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

/e-sign/ Timothy R. Lord
_____

Timothy R. Lord, Esq.
California Bar No.: 213062
5358 33rd Ave NW Ste 104
Gig Harbor, WA 98335-1773
Telephone: (415) 342-9144
Email: tlord@truenorthamerica.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-81140-DIMITROULEAS/MATTHEWMAN

VERSANT FUNDING LLC, a Delaware
Limited Liability Company,

    Plaintiff,
vs.

TERAS BREAKBULK OCEAN
NAVIGATION ENTERPRISES, LLC f/k/a
TERAS BBC OCEAN NAVIGATION
ENTERPRISES HOUSTON, LLC; et al.,

    Defendants,
and

TERAS AMERICA, LLC; PNG PROJECT
SERVICES, LTD.; TERAS QUEENSLAND
PTY LTD.; TRUENORTH ENERGY
SYSTEMS, LLC; CARGO RISK
CONSULTING, LLC; AND SJS
INVESTMENTS, LLC,

    Third-Party Defendants.
_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

**THIS CAUSE** having come before the Court on the Motion to Appear *Pro Hac Vice* for

Timothy R. Lord, Esq., Consent to Designation, and Request to Electronically Receive Notices of

Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer

Review, and Discipline of Attorneys in the United States District Court for the Southern District of

Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered

the motion and all other relevant factors, it is hereby

**ORDERED AND ADJUDGED** that:

The Motion is **GRANTED**. Timothy R. Lord, Esq. may appear and participate in this action on behalf of Defendants, TERAS BREAKBULK OCEAN NAVIGATION ENTERPRISES, LLC f/k/a TERAS BBC OCEAN NAVIGATION ENTERPRISES HOUSTON, LLC; TERAS CARGO TRANSPORT (AMERICA), LLC; TERAS CHARTERING, LLC d/b/a TERAS BBC CHARTERING, LLC; and SONNY JOE SANDERS ("Defendants") and Third-Party Defendants, TERAS AMERICA, LLC; PNG PROJECT SERVICES, LTD.; TERAS QUEENSLAND PTY LTD.; TRUENORTH ENERGY SYSTEMS, LLC; CARGO RISK CONSULTING, LLC; AND SJS INVESTMENTS, LLC ("Third-Party Defendants"). The Clerk shall provide electronic notification of all electronic filings to Timothy R. Lord, Esq., at tlord@truenorthamerica.com.

**DONE AND ORDERED** in Chambers at _____, Florida, this day of August, 2024.

_____
United States District Judge

Copies furnished to:

Timothy Lord, Esq.: tlord@truenorthamerica.com
Joel A. Bello, Esq.: jbello@bmrlawgroup.com
Russell L. Bogart, Esq.: rbogart@kcbfirm.com
David Blansky, Esq.: dblansky@dunnlawpa.com