UNITED STATES DISTRICT
COURT SOUTHERN
DISTRICT OF FLORIDA

West Palm Beach Division

| | |
|---|---|
| VERSANT FUNDING LLC,<br>Plaintiff, | CASE NO. 17-cv-81140-WPD |
| v. | **DECLARATION OF**<br><br>**ANITA RAY** |
| TERAS BREAKBULK OCEAN<br>NAVIGATION ENTERPRISES, LLC<br>f/k/a TERAS BBC OCEAN<br>NAVIGATION ENTERPRISES<br>HOUSTON,<br>LLC; TERAS CARGO TRANSPORT<br>(AMERICA), LLC; TERAS<br>CHARTERING, LLC d/b/a TERAS<br>BBC CHARTERING, LLC; and<br>SONNY JOE SANDERS,<br>        Defendants<br><br>        and<br><br>TERAS AMERICA, LLC; PNG<br>PROJECT SERVICES, LTD.;<br>TERAS QUEENSLAND PTY LTD.;<br>TRUENORTH ENERGY<br>SYSTEMS, LLC; CARGO RISK<br>CONSULTING, LLC; and SJS<br>INVESTMENTS, LLC,<br>        Third-Party Defendants. | |

I, ANITA RAY, declare as follows:

1.  I am the current Administrator/Custodian of Records for TrueNorth Projects, LLC ("TN"), and the former Administrator/Custodian of Records for Teras Debtor entities.  I am authorized to make this Declaration.

2.  Where the facts set out in this affidavit are within my personal knowledge, they are true. Where they are not within my personal knowledge, they are true to the best of my knowledge, information, and belief.

3.  All employees, including Joshua Hamby, have been on effective furlough, without pay, since February 1, 2024 pending future contracts.

4.  Nevertheless, at request of Counsel, I attempted to access the database of emails received under Global Relay Subpoena and identified as privileged, but was unable to access the files in format received.

5.  Attached Exhibits #1-#3 are true and correct copies of documents which were retained in the ordinary course of Defendants' business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 22nd day of April, 2025 at Puyallup, Washington.

_/S/ Anita Ray_
ANITA RAY

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 22, 2025, a true and correct copy of the foregoing was served via CM/ECF electronic transmission upon all parties who are currently on the list to receive e-mail notice and service for this case.


By:        */s/ Joel A. Bello*

**Joel A. Bello, Esq.**

Decl. of A. Ray, Exhibit 1

| | |
|---|---|
| **From:** | Yanay Galban |
| **To:** | Raylene Smith |
| **Cc:** | Glenn Rogers; Dan Threlfall; Robert Angueira |
| **Subject:** | RE: Teras America Subpoena |
| **Date:** | Thursday, May 27, 2021 9:25:14 AM |

Good Morning,

Thank you for reaching out to us. I represent Robert Angueira who is the new Chapter 7 Trustee. Please allow us until next week to respond regarding the proposal.

Regards,

Yanay Galban, Esq.

Robert A. Angueira, P.A.
16 SW 1st Ave.
Miami, FL 33130
Tel. (305) 263-3328
Direct Line. (786) 843-3560
yanay@rabankruptcy.com

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and permanently delete this e-mail from your computer.

**From:** Raylene Smith <Raylene.Smith@globalrelay.net>
**Sent:** Wednesday, May 26, 2021 11:17 PM
**To:** Yanay Galban <yanay@rabankruptcy.com>
**Cc:** Glenn Rogers <Glenn.Rogers@globalrelay.net>; Dan Threlfall <Dan.Threlfall@globalrelay.net>; Robert Angueira <robert@rabankruptcy.com>
**Subject:** RE: Teras America Subpoena

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hi Yanay,

We understand that you are the new Ch. 7 Trustee. Further to our email below, can you kindly advise regarding the proposal to provide a data export of Teras' America's data for $3000?

GR 000032

We are also happy to jump on a call or provide further information/context if necessary.

Best,
Raylene

**Raylene Smith**
corporate counsel
Global Relay

raylene.smith@globalrelay.net

**866.484.6630**  |   info@globalrelay.net  |   Global Relay Message

---

**From:** Barry Turner <Barry.Turner@dunnlawpa.com>
**Sent:** Monday, May 24, 2021 11:45 AM
**To:** Raylene Smith <Raylene.Smith@globalrelay.net>
**Cc:** Glenn Rogers <Glenn.Rogers@globalrelay.net>; Dan Threlfall <Dan.Threlfall@globalrelay.net>;
Jerrod Maddox <jerrod.maddox@dunnlawpa.com>; Maria Zucker <mzucker@dunnlawpa.com>;
Michael Dunn <michael.dunn@dunnlawpa.com>; Robert Angueira <robert@rabankruptcy.com>;
Yanay Galban <yanay@rabankruptcy.com>
**Subject:** RE: Teras America Subpoena

Good afternoon Ms. Smith,

Robert Angueira (copied with this email) has been appointed as the successor Ch. 7 Trustee. I have
also copied his counsel Yanay Galban.  Please deal directly with Attorney Galban going forward.

Thank you very much for your assistance in this matter.

Best,

Barry

**Barry S. Turner**
Dunn Law PA
Telephone: (786) 433-3866
barry.turner@dunnlawpa.com

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain information that is confidential, proprietary, attorney work-product or attorney-client privileged. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. In no event shall this material be read, used, copied, reproduced,

GR 000033

stored or retained by anyone other than the named addressee(s), except with the express consent of the sender and the named addressee(s). Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender. Thank you.

**THIS LAW FIRM MAY BE DEEMED A DEBT COLLECTOR UNDER THE FEDERAL FAIR DEBT COLLECTION PRACTICES ACT. IF YOU DO NOT NOTIFY US WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF DEBT, OR ANY PORTION THEREOF, WE WILL ASSUME THE DEBT IS VALID. IF YOU NOTIFY US IN WRITING WITHIN 30 DAYS THAT THE DEBT, OR ANY PORTION THEREOF, IS DISPUTED, OR REQUEST THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, WE WILL OBTAIN VERIFICATION OF THE DEBT OR JUDGMENT AGAINST YOU AND MAIL A COPY TO YOU AND PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR. THIS IS AN ATTEMPT TO COLLECT A DEBT, ANY INFORMATION PROVIDED WILL BE USED FOR THAT PURPOSE.**

**From:** Raylene Smith <Raylene.Smith@globalrelay.net>
**Sent:** Wednesday, May 19, 2021 7:36 PM
**To:** Barry Turner <Barry.Turner@dunnlawpa.com>
**Cc:** Glenn Rogers <Glenn.Rogers@globalrelay.net>; Dan Threlfall <Dan.Threlfall@globalrelay.net>; Jerrod Maddox <jerrod.maddox@dunnlawpa.com>; Maria Zucker <mzucker@dunnlawpa.com>; Michael Dunn <michael.dunn@dunnlawpa.com>
**Subject:** RE: Teras America Subpoena

Hi Barry –

Thank you for your patience with this matter. I have confirmed that we will accept the $3000 as you've proposed, assuming that the priority administrative claim will yield a timely payment.

Can you kindly confirm?

Cheers,
Raylene

Raylene Smith
corporate counsel
Global Relay

raylene.smith@globalrelay.net

**866.484.6630**   |   info@globalrelay.net   |   Global Relay Message

**From:** Barry Turner <Barry.Turner@dunnlawpa.com>
**Sent:** Monday, May 17, 2021 8:52 AM
**To:** Raylene Smith <Raylene.Smith@globalrelay.net>
**Cc:** Glenn Rogers <Glenn.Rogers@globalrelay.net>; Dan Threlfall <Dan.Threlfall@globalrelay.net>; Jerrod Maddox <jerrod.maddox@dunnlawpa.com>; Maria Zucker <mzucker@dunnlawpa.com>; Michael Dunn <michael.dunn@dunnlawpa.com>
**Subject:** RE: Teras America Subpoena

Thank you very much. Let me know if you need to discuss.

Barry

**Barry S. Turner**
Dunn Law PA
Telephone: (786) 433-3866
barry.turner@dunnlawpa.com

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain information that is confidential, proprietary, attorney work-product or attorney-client privileged. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s), except with the express consent of the sender and the named addressee(s). Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender. Thank you.

THIS LAW FIRM MAY BE DEEMED A DEBT COLLECTOR UNDER THE FEDERAL FAIR DEBT COLLECTION PRACTICES ACT. IF YOU DO NOT NOTIFY US WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF DEBT, OR ANY PORTION THEREOF, WE WILL ASSUME THE DEBT IS VALID. IF YOU NOTIFY US IN WRITING WITHIN 30 DAYS THAT THE DEBT, OR ANY PORTION THEREOF, IS DISPUTED, OR REQUEST THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, WE WILL OBTAIN VERIFICATION OF THE DEBT OR JUDGMENT AGAINST YOU AND MAIL A COPY TO YOU AND PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR. THIS IS AN ATTEMPT TO COLLECT A DEBT, ANY INFORMATION PROVIDED WILL BE USED FOR THAT PURPOSE.

---

**From:** Raylene Smith <Raylene.Smith@globalrelay.net>
**Sent:** Thursday, May 13, 2021 8:17 PM
**To:** Barry Turner <Barry.Turner@dunnlawpa.com>
**Cc:** Glenn Rogers <Glenn.Rogers@globalrelay.net>; Dan Threlfall <Dan.Threlfall@globalrelay.net>; Jerrod Maddox <jerrod.maddox@dunnlawpa.com>; Maria Zucker <mzucker@dunnlawpa.com>; Michael Dunn <michael.dunn@dunnlawpa.com>
**Subject:** RE: Teras America Subpoena

Hi Barry,

My apologies for the delay. We are considering internally and will revert back to you.

Best,
Raylene

Raylene Smith
corporate counsel
Global Relay

raylene.smith@globalrelay.net

866.484.6630   |   info@globalrelay.net   |   Global Relay Message

---

**From:** Barry Turner <Barry.Turner@dunnlawpa.com>
**Sent:** Thursday, May 13, 2021 9:13 AM
**To:** Raylene Smith <Raylene.Smith@globalrelay.net>
**Cc:** Glenn Rogers <Glenn.Rogers@globalrelay.net>; Dan Threlfall <Dan.Threlfall@globalrelay.net>;
Jerrod Maddox <jerrod.maddox@dunnlawpa.com>; Maria Zucker <mzucker@dunnlawpa.com>;
Michael Dunn <michael.dunn@dunnlawpa.com>
**Subject:** RE: Teras America Subpoena

Good morning Raylene,

I called and attempted to speak to you today but got the run around from the operator. I want to discuss the production with you.  At this time, the estate has no funds to pay any party (including attorneys, experts, accountants, etc.)  I propose that Global Relay allow the estate to retrieve the documents, emails, etc. and that Global Relay be given a priority administrative claim for $3,000 (or the expense associated with the retrieval). If we cannot come to an agreement on this issues, the trustee reserves the right to ask the Bankruptcy Court for any and all relief available, including a motion for turnover and allowance of an administrative claim.

I hope we can come to a resolution without unnecessary litigation.

Sincerely

Barry


**Barry S. Turner**
Dunn Law PA
Telephone: (786) 433-3866
barry.turner@dunnlawpa.com


This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain information that is confidential, proprietary, attorney work-product or attorney-client privileged. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s), except with the express consent of the sender and the named addressee(s). Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender. Thank you.

**THIS LAW FIRM MAY BE DEEMED A DEBT COLLECTOR UNDER THE FEDERAL FAIR DEBT COLLECTION PRACTICES ACT. IF YOU DO NOT NOTIFY US WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF DEBT, OR ANY PORTION THEREOF, WE WILL ASSUME THE DEBT IS VALID. IF YOU NOTIFY US IN WRITING WITHIN 30 DAYS THAT THE DEBT, OR ANY PORTION THEREOF, IS DISPUTED, OR REQUEST THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, WE WILL OBTAIN VERIFICATION OF THE DEBT OR JUDGMENT AGAINST YOU AND MAIL A COPY TO YOU AND PROVIDE YOU**

**WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR. THIS IS AN ATTEMPT TO COLLECT A DEBT, ANY INFORMATION PROVIDED WILL BE USED FOR THAT PURPOSE.**

---

**From:** Raylene Smith <Raylene.Smith@globalrelay.net>
**Sent:** Tuesday, March 23, 2021 1:31 PM
**To:** Barry Turner <Barry.Turner@dunnlawpa.com>
**Cc:** Glenn Rogers <Glenn.Rogers@globalrelay.net>; Dan Threlfall <Dan.Threlfall@globalrelay.net>;
Jerrod Maddox <jerrod.maddox@dunnlawpa.com>; Maria Zucker <mzucker@dunnlawpa.com>;
Michael Dunn <michael.dunn@dunnlawpa.com>
**Subject:** RE: Teras America Subpoena

Hi Barry –

Further to our call this morning, I have spoken with Glenn and Dan, and they have confirmed that you can export all of the 117,380 messages you currently have access to in the GR Archive for $3000. A summary of the search parameters and pricing his set out below for your ease of reference:

> **Summary of Search:** The "Relevant parties" were used as keywords to isolate the following data. The keyword search is run across the headers, content and attachments of all archived data:
>
> *Viewing:*      *117,380 messages (~53.75 GB)*
> *Date Range:*   *Jan 1, 14 (Start of Day) - Nov 9, 20 (End of Day)*
> *Folder:*        *Email*
> *Keywords:*    *SJS OR T-Bone OR T-Chart OR T-Breakbulk OR "Teras America" OR T-Offshore OR "Cargo Risk" OR "Teras Breakbulk" OR "Teras Chartering" OR "Teras Offshore"*
> ---

| Responsive Message Hit Count | |
|---|---:|
| SJS | 2,871 |
| T-Bone | 2,768 |
| T-Chart | 1,316 |
| T-Breakbulk | 4 |
| "Teras America" | 43,452 |
| T-Offshore | 64 |
| "Cargo Risk" | 1,287 |
| "Teras Breakbulk" | 5,555 |
| "Teras Chartering" | 5,180 |
| "Teras Offshore" | 64,953 |

| Estimate for Data Export | |
|---|---:|
| Data Export (~54 GB) | $2,700 |
| Delivery: SFTP | $0 |
| Professional Service Fees (1 hour) | $300 |
| **Total** | **~$3,000** |

GR 000037

Alternatively, you can simply use our system to review the documents, and then only export the ones that you need. However, based on our discussion this morning, the fee of $3000 might make more sense here.

Please let us know your thoughts, and feel free to give me a call back if you'd like to discuss further.

Best,
Raylene

Raylene Smith
corporate counsel
Global Relay

---

**From:** Barry Turner <Barry.Turner@dunnlawpa.com>
**Sent:** Tuesday, March 23, 2021 9:37 AM
**To:** Raylene Smith <Raylene.Smith@globalrelay.net>
**Subject:** RE: Teras America Subpoena

I will call you in 15. Thank you!

**Barry S. Turner**
Dunn Law PA
Telephone: (786) 433-3866
barry.turner@dunnlawpa.com

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain information that is confidential, proprietary, attorney work-product or attorney-client privileged. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s), except with the express consent of the sender and the named addressee(s). Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender. Thank you.

**THIS LAW FIRM MAY BE DEEMED A DEBT COLLECTOR UNDER THE FEDERAL FAIR DEBT COLLECTION PRACTICES ACT. IF YOU DO NOT NOTIFY US WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF DEBT, OR ANY PORTION THEREOF, WE WILL ASSUME THE DEBT IS VALID. IF YOU NOTIFY US IN WRITING WITHIN 30 DAYS THAT THE DEBT, OR ANY PORTION THEREOF, IS DISPUTED, OR REQUEST THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, WE WILL OBTAIN VERIFICATION OF THE DEBT OR JUDGMENT AGAINST YOU AND MAIL A COPY TO YOU AND PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR. THIS IS AN ATTEMPT TO COLLECT A DEBT, ANY INFORMATION PROVIDED WILL BE USED FOR THAT PURPOSE.**

---

**From:** Raylene Smith <Raylene.Smith@globalrelay.net>
**Sent:** Tuesday, March 23, 2021 12:30 PM

**To:** Barry Turner <Barry.Turner@dunnlawpa.com>
**Subject:** RE: Teras America Subpoena

Hi Barry –

I'm available until 2pm PST – Please let me know what works for you.

Cheers,
Raylene

Raylene Smith
corporate counsel
Global Relay

raylene.smith@globalrelay.net

**866.484.6630**  |  info@globalrelay.net  |  Global Relay Message

---

**From:** Barry Turner <Barry.Turner@dunnlawpa.com>
**Sent:** Tuesday, March 23, 2021 9:05 AM
**To:** Raylene Smith <Raylene.Smith@globalrelay.net>
**Subject:** RE: Teras America Subpoena

How does this afternoon look for you?

**Barry S. Turner**
Dunn Law PA
Telephone: (786) 433-3866
barry.turner@dunnlawpa.com

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain information that is confidential, proprietary, attorney work-product or attorney-client privileged. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s), except with the express consent of the sender and the named addressee(s). Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender. Thank you.

**THIS LAW FIRM MAY BE DEEMED A DEBT COLLECTOR UNDER THE FEDERAL FAIR DEBT COLLECTION PRACTICES ACT. IF YOU DO NOT NOTIFY US WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF DEBT, OR ANY PORTION THEREOF, WE WILL ASSUME THE DEBT IS VALID. IF YOU NOTIFY US IN WRITING WITHIN 30 DAYS THAT THE DEBT, OR ANY PORTION THEREOF, IS DISPUTED, OR REQUEST THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, WE WILL OBTAIN VERIFICATION OF THE DEBT OR JUDGMENT AGAINST YOU AND MAIL A COPY TO YOU AND PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR. THIS IS AN ATTEMPT TO COLLECT A DEBT, ANY INFORMATION PROVIDED WILL BE USED FOR THAT PURPOSE.**

**From:** Raylene Smith <Raylene.Smith@globalrelay.net>
**Sent:** Monday, March 22, 2021 7:28 PM
**To:** Barry Turner <Barry.Turner@dunnlawpa.com>; Jerrod Maddox
<jerrod.maddox@dunnlawpa.com>
**Cc:** Dan Threlfall <Dan.Threlfall@globalrelay.net>; Glenn Rogers <Glenn.Rogers@globalrelay.net>;
Maria Zucker <mzucker@dunnlawpa.com>; Michael Dunn <michael.dunn@dunnlawpa.com>
**Subject:** RE: Teras America Subpoena

Hi Barry –

I apologize for not getting to this sooner. Is there a time we can speak tomorrow?
Alternatively, I should have some availability after 5:15-5:30 tonight (I'm just on a call
now).

Cheers,
Raylene

Raylene Smith
corporate counsel
Global Relay

raylene.smith@globalrelay.net

**866.484.6630**  |  info@globalrelay.net  |  Global Relay Message

**From:** Barry Turner <Barry.Turner@dunnlawpa.com>
**Sent:** Monday, March 22, 2021 12:18 PM
**To:** Jerrod Maddox <jerrod.maddox@dunnlawpa.com>; Raylene Smith
<Raylene.Smith@globalrelay.net>
**Cc:** Dan Threlfall <Dan.Threlfall@globalrelay.net>; Glenn Rogers <Glenn.Rogers@globalrelay.net>;
Maria Zucker <mzucker@dunnlawpa.com>; Michael Dunn <michael.dunn@dunnlawpa.com>
**Subject:** RE: Teras America Subpoena

Good afternoon Raylene,

I called this morning and left you a message. Do you have a moment to speak about the production?
I just want to ask a few questions before we dive into the emails.

Thank you very much for your help.
Sincerely

Barry

**Barry S. Turner**
Dunn Law PA
Telephone: (786) 433-3866

barry.turner@dunnlawpa.com

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain information that is confidential, proprietary, attorney work-product or attorney-client privileged. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s), except with the express consent of the sender and the named addressee(s). Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender. Thank you.

**THIS LAW FIRM MAY BE DEEMED A DEBT COLLECTOR UNDER THE FEDERAL FAIR DEBT COLLECTION PRACTICES ACT. IF YOU DO NOT NOTIFY US WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF DEBT, OR ANY PORTION THEREOF, WE WILL ASSUME THE DEBT IS VALID. IF YOU NOTIFY US IN WRITING WITHIN 30 DAYS THAT THE DEBT, OR ANY PORTION THEREOF, IS DISPUTED, OR REQUEST THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, WE WILL OBTAIN VERIFICATION OF THE DEBT OR JUDGMENT AGAINST YOU AND MAIL A COPY TO YOU AND PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR. THIS IS AN ATTEMPT TO COLLECT A DEBT, ANY INFORMATION PROVIDED WILL BE USED FOR THAT PURPOSE.**

---

**From:** Jerrod Maddox <jerrod.maddox@dunnlawpa.com>
**Sent:** Monday, February 22, 2021 1:39 PM
**To:** Raylene Smith <Raylene.Smith@globalrelay.net>
**Cc:** Dan Threlfall <Dan.Threlfall@globalrelay.net>; Glenn Rogers <Glenn.Rogers@globalrelay.net>; Maria Zucker <mzucker@dunnlawpa.com>; Barry Turner <Barry.Turner@dunnlawpa.com>; Michael Dunn <michael.dunn@dunnlawpa.com>
**Subject:** Re: Teras America Subpoena

Hi Raylene,

Thanks for laying out our options. Can you please set us up for access to the online archive? How long will it take for us to have login credentials?

Thanks,
Jerrod

> On Feb 8, 2021, at 1:46 PM, Raylene Smith <Raylene.Smith@globalrelay.net> wrote:
>
>
> Hi Jerrod –
>
> Thank you for your patience with this matter. Further to our call, we have searched the Teras America archive based on the criteria set out below (we used the 'relevant parties' as search terms). The size of the search and applicable fees are outlined below. We have also attached the applicable contracts for Teras America. Note our standard terms can be found online here:

GR 000041

https://globalrelay.com/company-info/terms-of-use.

Can you kindly confirm if this satisfies your data requests? Please note we have not provided accounting information at this time, but can do so if that is required (subject to a professional services fee). We further note that we do not manage customer credentials (ie, usernames and passwords), so we will be unable to produce those.

**Summary of Search:**

The "Relevant parties" were used as keywords to isolate the following data. The keyword search is run across the headers, content and attachments of all archived data:

> Viewing:         117,380 messages (~53.75 GB)
> Date Range:    Jan 1, 14 (Start of Day) - Nov 9, 20 (End of Day)
> Folder:          Email
> Keywords:       SJS OR T-Bone OR T-Chart OR T-Breakbulk OR "Teras America"
> OR T-Offshore OR "Cargo Risk" OR "Teras Breakbulk" OR "Teras Chartering" OR
> "Teras Offshore"
> ---

| Responsive Message Hit Count | |
|---|---:|
| SJS | 2,871 |
| T-Bone | 2,768 |
| T-Chart | 1,316 |
| T-Breakbulk | 4 |
| "Teras America" | 43,452 |
| T-Offshore | 64 |
| "Cargo Risk" | 1,287 |
| "Teras Breakbulk" | 5,555 |
| "Teras Chartering" | 5,180 |
| "Teras Offshore" | 64,953 |

Below, please find a cost estimate for exporting the data from the archive. As discussed, we can also set-up access to this data within the archive for review. Please note that export fees would apply to any data eventually exported from the archive after review.

| Estimate for Data Export | |
|---|---:|
| Data Export (~54 GB) | $2,700 |
| Delivery: SFTP | $0 |
| Professional Service Fees (1 hour) | $300 |
| **Total** | **~$3,000** |

Please let us know your thoughts, and if you'd like to set up a follow up call to discuss.

GR 000042

Best,
Raylene

**Raylene Smith**
corporate counsel
Global Relay

raylene.smith@globalrelay.net

**866.484.6630**  |  info@globalrelay.net  |  Global Relay Message

---

**From:** Raylene Smith
**Sent:** Monday, February 1, 2021 10:02 AM
**To:** 'Jerrod Maddox' <jerrod.maddox@dunnlawpa.com>
**Cc:** Dan Threlfall <Dan.Threlfall@globalrelay.net>; Glenn Rogers <Glenn.Rogers@globalrelay.net>; Maria Zucker <mzucker@dunnlawpa.com>; Barry Turner <Barry.Turner@dunnlawpa.com>; Michael Dunn <michael.dunn@dunnlawpa.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT

Hi Jerrod –

I'm just seeing this – but yes, I'm free now. I will call you on your cell in a few minutes...

Cheers,
Raylene

**Raylene Smith**
corporate counsel
Global Relay

raylene.smith@globalrelay.net

**866.484.6630**  |  info@globalrelay.net  |  Global Relay Message

---

**From:** Jerrod Maddox <jerrod.maddox@dunnlawpa.com>
**Sent:** Monday, February 1, 2021 9:00 AM
**To:** Raylene Smith <Raylene.Smith@globalrelay.net>
**Cc:** Dan Threlfall <Dan.Threlfall@globalrelay.net>; Glenn Rogers <Glenn.Rogers@globalrelay.net>; Maria Zucker <mzucker@dunnlawpa.com>; Barry Turner <Barry.Turner@dunnlawpa.com>; Michael Dunn <michael.dunn@dunnlawpa.com>
**Subject:** Re: SERVICE OF COURT DOCUMENT

Hi Raylene,

Does 1 PM EST work? I'm generally available this afternoon so if there is a better time for you just let me know.

**Sent from my mobile device**

> On Feb 1, 2021, at 11:27 AM, Raylene Smith <Raylene.Smith@globalrelay.net> wrote:
>
> Hi Jerrod –
>
> I am back in the office today, so happy to connect with you on this. Is there a time that's good for you?
>
> Cheers,
> Raylene
>
> Raylene Smith
> corporate counsel
> Global Relay
>
> raylene.smith@globalrelay.net
>
> **866.484.6630** | info@globalrelay.net | Global Relay Message
>
> ---
>
> **From:** Jerrod Maddox <jerrod.maddox@dunnlawpa.com>
> **Sent:** Friday, January 29, 2021 7:35 AM
> **To:** Raylene Smith <Raylene.Smith@globalrelay.net>
> **Cc:** Dan Threlfall <Dan.Threlfall@globalrelay.net>; Glenn Rogers <Glenn.Rogers@globalrelay.net>; Maria Zucker <mzucker@dunnlawpa.com>; Barry Turner <Barry.Turner@dunnlawpa.com>; Michael Dunn <michael.dunn@dunnlawpa.com>
> **Subject:** RE: SERVICE OF COURT DOCUMENT
>
> Good morning Raylene,
>
> I'm writing to follow up on Global Relay's production in this case. I left a message with your office on Wednesday regarding the matter. Can you give me a call today when you have a moment? You can reach me on my cell phone at 334-462-3018.
>
> When we last spoke I understood that the responsive documents had been gathered for production. I'm happy to discuss how best to get those over to us.
>
> Thanks,

Jerrod

---

**From:** Jerrod Maddox
**Sent:** Wednesday, December 16, 2020 12:38 PM
**To:** Raylene Smith <Raylene.Smith@globalrelay.net>
**Cc:** Dan Threlfall <Dan.Threlfall@globalrelay.net>; Glenn Rogers
<Glenn.Rogers@globalrelay.net>; Maria Zucker
<mzucker@dunnlawpa.com>; Barry Turner
<Barry.Turner@dunnlawpa.com>; Michael Dunn
<michael.dunn@dunnlawpa.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT

Raylene,

Good afternoon. I'm following up on our recent phone conversation
regarding the Trustee's subpoena to Global Relay.

Counsel for Teras Cargo Transport (America), LLC filed a motion for
limited protective order with respect to the Global Relay subpoena (see
attached) objecting to the subpoena.

We entered into an agreed order with debtor's counsel to resolve the
debtor's motion. The agreed order was entered by the court today
(attached here), and it strikes certain portions of the subpoena and
narrows the scope of documents to be produced as to other portions. The
production of documents by Global Relay is now governed by the terms of
this order.

My colleague, Barry Turner, worked directly with debtor's counsel on this
agreed order and is copied here. Once you've had a chance to review,
please let me know if you'd like to discuss.

Thanks,

Jerrod

**Jerrod M. Maddox, Esq.**

<image001.png>
66 West Flagler Street, Suite 400
Miami, Florida 33130
Phone: 786.433.3866 || Fax: 786.260.0269
Email: jerrod.maddox@dunnlawpa.com
Website: www.dunnlawpa.com

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail
might contain information that is confidential, proprietary, attorney work-product or attorney-client

GR 000045

privileged. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s), except with the express consent of the sender and the named addressee(s). Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender. Thank you.

Please be advised that this law firm may be acting as a debt collector and is attempting to collect a debt. Any information provided will be used for that purpose.

---

**From:** Raylene Smith <Raylene.Smith@globalrelay.net>
**Sent:** Wednesday, December 2, 2020 1:38 PM
**To:** Jerrod Maddox <jerrod.maddox@dunnlawpa.com>
**Cc:** Dan Threlfall <Dan.Threlfall@globalrelay.net>; Glenn Rogers <Glenn.Rogers@globalrelay.net>; Maria Zucker <mzucker@dunnlawpa.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT

Hi Jerrod –

I apologize I wasn't able to reach out yesterday. Is there a time today that works?

Best,
Raylene

Raylene Smith
corporate counsel
Global Relay

raylene.smith@globalrelay.net

**866.484.6630**   |   info@globalrelay.net   |   Global Relay Message

---

**From:** Jerrod Maddox <jerrod.maddox@dunnlawpa.com>
**Sent:** Tuesday, December 1, 2020 6:39 AM
**To:** Raylene Smith <Raylene.Smith@globalrelay.net>
**Cc:** Dan Threlfall <Dan.Threlfall@globalrelay.net>; Glenn Rogers <Glenn.Rogers@globalrelay.net>; Maria Zucker <mzucker@dunnlawpa.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT

Hi Raylene,

No problem. We can plan to speak any time after 2 pm EST today if you're available. I'm remote and you can reach me on my cell at 334-462-3018.

Thanks,
Jerrod

**Jerrod M. Maddox, Esq.**
<image001.png>
66 West Flagler Street, Suite 400
Miami, Florida 33130
Phone: 786.433.3866 | | Fax: 786.260.0269
Email: jerrod.maddox@dunnlawpa.com
Website: www.dunnlawpa.com

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain information that is confidential, proprietary, attorney work-product or attorney-client privileged. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s), except with the express consent of the sender and the named addressee(s). Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender. Thank you.

Please be advised that this law firm may be acting as a debt collector and is attempting to collect a debt. Any information provided will be used for that purpose.

**From:** Raylene Smith <Raylene.Smith@globalrelay.net>
**Sent:** Monday, November 30, 2020 11:16 PM
**To:** Jerrod Maddox <jerrod.maddox@dunnlawpa.com>
**Cc:** Dan Threlfall <Dan.Threlfall@globalrelay.net>; Glenn Rogers <Glenn.Rogers@globalrelay.net>; Maria Zucker <mzucker@dunnlawpa.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT

Hi Jerrod –

I apologize I wasn't able to return your call today. Is there a time tomorrow that is good for you to speak?

Cheers,
Raylene

Raylene Smith
corporate counsel

Global Relay

raylene.smith@globalrelay.net

**866.484.6630**  |  info@globalrelay.net  |  Global Relay Message

---

**From:** Raylene Smith
**Sent:** Wednesday, November 25, 2020 4:45 PM
**To:** Jerrod Maddox <jerrod.maddox@dunnlawpa.com>
**Cc:** Dan Threlfall <Dan.Threlfall@globalrelay.net>; Glenn Rogers <Glenn.Rogers@globalrelay.net>; 'Maria Zucker' <mzucker@dunnlawpa.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT

Hi Jerrod –

I'm just following up on my phone call earlier this week. Would you mind reaching out to me when you have a moment to discuss the production of these documents.

Best,
Raylene

Raylene Smith
corporate counsel
Global Relay

raylene.smith@globalrelay.net

**866.484.6630**  |  info@globalrelay.net  |  Global Relay Message

---

**From:** Maria Zucker <mzucker@dunnlawpa.com>
**Sent:** Thursday, November 5, 2020 12:42 PM
**To:** Raylene Smith <Raylene.Smith@globalrelay.net>
**Cc:** Michael Dunn <michael.dunn@dunnlawpa.com>; Jerrod Maddox <jerrod.maddox@dunnlawpa.com>; Rosa Basnueva <rbasnueva@dunnlawpa.com>
**Subject:** SERVICE OF COURT DOCUMENT

Good afternoon, and thank you:

| | |
|---|---|
| **Case Number:** | 20-18843-RAM |
| **Case Style:** | *In re Teras Cargo Transport (America), LLC* |
| **Court:** | United States Bankruptcy Court, Southern District of Florida (Miami Division) |
| **Document Being Served:** | Notice of Rule 2004 Examination Duces Tecum of Global Relay Communications Inc. and Intent to Serve Subpoena [D.E. 17] |

| Date: | November 5, 2020 |
|---|---|
| Serving Party: | Michael P. Dunn, Esq.<br>786-433-3866 |

Sincerely,

*María D. Zucker*
Paralegal
## <image002.png>
66 West Flagler Street
Suite 400
Miami, FL 33130
Telephone: (786) 433-DUNN
Facsimile: (786) 260-0269
Email: mzucker@dunnlawpa.com
Website: www.dunnlawpa.com

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain information that is confidential, proprietary, attorney work-product or attorney-client privileged. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s), except with the express consent of the sender and the named addressee(s). Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender. Thank you.

Please be advised that this law firm may be acting as a debt collector and is attempting to collect a debt and any information provided will be used for that purpose.

*CORONAVIRUS (COVID-19): I am working remotely.  Please reply-all to any email from me.  Our office is open with partial staff as we maintain necessary safety precautions.  You can always phone 786-433-3866.  Available to Zoom. Take care!*

---

**From:** Raylene Smith <Raylene.Smith@globalrelay.net>
**Sent:** Thursday, November 5, 2020 3:05 PM
**To:** Jerrod Maddox <jerrod.maddox@dunnlawpa.com>
**Cc:** Michael Dunn <michael.dunn@dunnlawpa.com>; Maria Zucker <mzucker@dunnlawpa.com>
**Subject:** RE: Subpoena to Global Relay Communications, Inc.

Hi Jerrod –

As noted on the call, we will confirm receipt of the documents and service when those  documents arrive. This method of service is exclusively being permitted during COVID.

Please note our legal name is "Global Relay Communications Inc." (no comma).

If you need anything further please let us know.

Best,
Raylene

**Raylene Smith**
corporate counsel
Global Relay

raylene.smith@globalrelay.net

**866.484.6630**  |  info@globalrelay.net  |  Global Relay Message

---

**From:** Jerrod Maddox <jerrod.maddox@dunnlawpa.com>
**Sent:** Thursday, November 5, 2020 11:10 AM
**To:** Raylene Smith <Raylene.Smith@globalrelay.net>
**Cc:** Michael Dunn <michael.dunn@dunnlawpa.com>; Maria Zucker <mzucker@dunnlawpa.com>
**Subject:** Subpoena to Global Relay Communications, Inc.

Raylene,

Thanks for speaking with me earlier, and agreeing to accept service by e-mail of the subpoena our firm will be issuing to Global Relay Communications, Inc. As I mentioned, we should have that subpoena over to you later today or tomorrow.

My contact information is below should need anything once we get the subpoena out.

Thanks,
Jerrod

**Jerrod M. Maddox, Esq.**

<image001.png>
66 West Flagler Street, Suite 400
Miami, Florida 33130
Phone: 786.433.3866 | | Fax: 786.260.0269
Email: jerrod.maddox@dunnlawpa.com
Website: www.dunnlawpa.com

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain information that is confidential, proprietary, attorney work-product or attorney-client privileged. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so

might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s), except with the express consent of the sender and the named addressee(s). Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender. Thank you.

Please be advised that this law firm may be acting as a debt collector and is attempting to collect a debt. Any information provided will be used for that purpose.

<Fee Agreement - Teras America - Global Relay - 20200917.pdf>
<Services Termination - 01491064_encrypted_ (3).pdf>
<Teras America - Admin - Sep 22, 2016 - UPDATE - Joshua Hamby_encrypted_ (5).pdf>

Decl. of A. Ray, Exh. 3

Event log for Teras America

Start date 01/01/2010          7:00:00 End date  08/02/202               6:59:59
Acting      All users
Event type All events

| Event ID | Date | Time (GMT) | Domain | Category | Event Type | Affected | Actor |
|---|---|---|---|---|---|---|---|
| 1.35E+08 | 06/26/2024 | 18:22:24 | terasameri | User | Logged out | training@terasamerica.com | training@terasamerica.com |
| 1.35E+08 | 06/26/2024 | 18:12:32 | terasameri | User | Logged in | training@terasamerica.com | training@terasamerica.com |
| 1.17E+08 | 03/23/2021 | 17:28:29 | terasameri | User | Timed out | dunn.law@terasamerica.com | dunn.law@terasamerica.co |
| 1.17E+08 | 03/23/2021 | 17:13:10 | terasameri | User | Logged in | dunn.law@terasamerica.com | dunn.law@terasamerica.co |
| 1.17E+08 | 02/26/2021 | 16:47:10 | terasameri | User | Timed out | dunn.law@terasamerica.com | dunn.law@terasamerica.co |
| 1.17E+08 | 02/26/2021 | 16:20:56 | terasameri | User | Logged in | dunn.law@terasamerica.com | dunn.law@terasamerica.co |
| 1.17E+08 | 02/22/2021 | 19:09:42 | terasameri | User | Timed out | dunn.law@terasamerica.com | dunn.law@terasamerica.co |
| 1.17E+08 | 02/22/2021 | 20:12:54 | terasameri | User | Logged out | training@terasamerica.com | training@terasamerica.com |
| 1.17E+08 | 02/22/2021 | 18:54:15 | terasameri | User | Logged in | dunn.law@terasamerica.com | dunn.law@terasamerica.co |
| 1.17E+08 | 02/22/2021 | 18:52:13 | terasameri | User | Modified - access rights | dunn.law@terasamerica.com | dunn.law@terasamerica.co |
| 1.17E+08 | 02/22/2021 | 18:52:01 | terasameri | User | Modified - access rights | dunn.law@terasamerica.com | training@terasamerica.com |
| 1.17E+08 | 02/22/2021 | 18:51:19 | | Role | Modified - option enable | Super Reviewer | dan.threlfall@globalrelay.n |
| 1.17E+08 | 02/22/2021 | 18:51:19 | | Role | Modified - option enable | Super Reviewer | dan.threlfall@globalrelay.n |
| 1.17E+08 | 02/22/2021 | 18:51:19 | | Role | Modified - option enable | Super Reviewer | dan.threlfall@globalrelay.n |
| 1.17E+08 | 02/22/2021 | 18:51:19 | | Role | Modified - option enable | Super Reviewer | dan.threlfall@globalrelay.n |
| 1.17E+08 | 02/22/2021 | 18:51:19 | | Role | Modified - option enable | Super Reviewer | dan.threlfall@globalrelay.n |
| 1.17E+08 | 02/22/2021 | 18:51:19 | | Role | Modified - option enable | Super Reviewer | dan.threlfall@globalrelay.n |
| 1.17E+08 | 02/22/2021 | 18:51:19 | | Role | Modified - option enable | Super Reviewer | dan.threlfall@globalrelay.n |
| 1.17E+08 | 02/22/2021 | 18:51:19 | | Role | Modified - option enable | Super Reviewer | dan.threlfall@globalrelay.n |
| 1.17E+08 | 02/22/2021 | 18:51:19 | | Role | Modified - option enable | Super Reviewer | dan.threlfall@globalrelay.n |
| 1.17E+08 | 02/22/2021 | 18:45:51 | terasameri | User | Logged in | training@terasamerica.com | training@terasamerica.com |
| 1.16E+08 | 02/01/2021 | 19:21:17 | terasameri | User | Timed out | training@terasamerica.com | training@terasamerica.com |
| 1.16E+08 | 02/01/2021 | 18:30:59 | terasameri | User | Logged in | training@terasamerica.com | training@terasamerica.com |
| 1.16E+08 | 01/31/2021 | 22:16:37 | terasameri | User | Logged out | aray@terasamerica.com | aray@terasamerica.com |
| 1.16E+08 | 01/31/2021 | 22:07:05 | terasameri | User | Logged in | aray@terasamerica.com | aray@terasamerica.com |
| 1.15E+08 | 12/16/2020 | 20:47:00 | terasameri | User | Logged out | training@terasamerica.com | training@terasamerica.com |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1.15E+08 | 12/16/2020 | 18:50:15 | terasameri | User | Logged in | training@terasamerica.com | training@terasamerica.com |
| 1.14E+08 | 11/23/2020 | 19:42:35 | terasameri | User | Timed out | training@terasamerica.com | training@terasamerica.com |
| 1.14E+08 | 11/23/2020 | 19:10:18 | terasameri | User | Logged in | training@terasamerica.com | training@terasamerica.com |
| 1.14E+08 | 11/23/2020 | 18:54:02 | terasameri | User | Modified - user preferer | training@terasamerica.com | dan.threlfall@globalrelay.n |
| 1.14E+08 | 11/23/2020 | 18:48:57 | terasameri | User | Logged out | dunn.law@terasamerica.com | dunn.law@terasamerica.cc |
| 1.14E+08 | 11/23/2020 | 18:47:07 | terasameri | User | Logged in | dunn.law@terasamerica.com | dunn.law@terasamerica.cc |
| 1.14E+08 | 11/23/2020 | 18:46:52 | terasameri | User | Logged out | training@terasamerica.com | training@terasamerica.com |
| 1.14E+08 | 11/23/2020 | 18:46:14 | terasameri | User | Modified - role assigned | dunn.law@terasamerica.com | dan.threlfall@globalrelay.n |
| 1.14E+08 | 11/23/2020 | 18:46:14 | | Role | Modified - role assigned | e-Discovery | dan.threlfall@globalrelay.n |
| 1.14E+08 | 11/23/2020 | 18:45:46 | terasameri | User | Access enabled | dunn.law@terasamerica.com | dan.threlfall@globalrelay.n |
| 1.14E+08 | 11/23/2020 | 18:44:49 | terasameri | User | Modified - access rights | dunn.law@terasamerica.com | training@terasamerica.com |
| 1.14E+08 | 11/23/2020 | 18:44:36 | terasameri | User | Modified - user preferer | dunn.law@terasamerica.com | training@terasamerica.com |
| 1.14E+08 | 11/23/2020 | 18:44:35 | terasameri | User | Modified - user preferer | dunn.law@terasamerica.com | training@terasamerica.com |
| 1.14E+08 | 11/23/2020 | 18:44:27 | terasameri | User | Access disabled | dunn.law@terasamerica.com | training@terasamerica.com |
| 1.14E+08 | 11/23/2020 | 18:44:27 | terasameri | User | Added - user | dunn.law@terasamerica.com | training@terasamerica.com |
| 1.14E+08 | 11/23/2020 | 17:39:20 | terasameri | User | Logged in | training@terasamerica.com | training@terasamerica.com |
| 1.14E+08 | 11/23/2020 | 17:39:08 | terasameri | User | Modified - user preferer | training@terasamerica.com | dan.threlfall@globalrelay.n |

Decl of Anita Ray, Exhibit 3

On Tue, Apr 15, 2025 at 2:51 PM Tim Lord <timothyrlordesq@gmail.com> wrote:

Robert, thank you for clarifying the point that the release of the funds was the only thing that was held pending the resolution or dismissal of the appeal. That clarifies further the issue. Regarding your deposition, I understand your position. Thank you for that clarification. Best regards, Tim

Sent from my iPhone

On Apr 15, 2025, at 12:24 PM, Robert Angueira <robert@rabankruptcy.com> wrote:

I do not know what you are talking about concerning the sale not being final. It is final. The Bankruptcy Court issued several orders on the matter. There was an appeal to the District Court which affirmed the Bankruptcy Court. Then there was appeal to the 11 Circuit which has been dismissed. The only issue pending issue was that the estate could not use the sale proceeds until all the appeals were exhausted. But the sale was final and since the 11 Circuit has dismissed the appeal the estate can utilize the funds to pay creditors. If you have any other questions concerning this or any issues concerning privilege matters and/or issues please communicate with the attorneys copied above or take up the matter with the judge that is assigned to your case. Russell has articulated our position if you disagree take it up with the Court. Trying to depose me does not resolve any issues you may have or disagree with.

Robert A Angueira, Esq.

Robert A. Angueira, P.A.

Miami Office

16 SW 1st Avenue

Miami, FL 33130

Tel (305) 263-3328

Cell (305) 546-7732

e-mail: robert@rabankruptcy.com

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and permanently delete this e-mail from your computer.

**From:** Tim Lord <timothyrlordesq@gmail.com>
**Sent:** Tuesday, April 15, 2025 3:10 PM
**To:** Yanay Galban <yanay@rabankruptcy.com>
**Cc:** Robert Angueira <robert@rabankruptcy.com>; Joel Bello <jbello@bmrlawgroup.com>
**Subject:** Re: Teras Cargo Transport - Case 20-18843-RAM

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Robert and Yana,

Please respond to the second question raised below regarding the timing and scope of your sale of claims to SAK (which I reiterated last night).

Thank you.

Timothy Lord

Sent from my iPhone

On Apr 15, 2025, at 10:03 AM, Yanay Galban <<u>yanay@rabankruptcy.com</u>> wrote:

Based on your response on behalf of Mr. Weller the Trustee releases Mr. Weller of his obligation to produce documents pursuant to the subpoena.

Regards,

Yanay Galban, Esq.

Robert A. Angueira, P.A.

16 SW 1st Ave.

Miami, FL 33130

Tel. (305) 263-3328

<u>yanay@rabankruptcy.com</u>

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and permanently delete this e-mail from your computer.

**From:** Robert Angueira <robert@rabankruptcy.com>
**Sent:** Monday, April 14, 2025 7:45 PM
**To:** Tim Lord <timothyrlordesq@gmail.com>
**Cc:** Yanay Galban <yanay@rabankruptcy.com>
**Subject:** Re: Teras Cargo Transport - Case 20-18843-RAM

We will respond by Wednesday.

Robert Angueira

On Apr 14, 2025, at 6:37 PM, Tim Lord <timothyrlordesq@gmail.com> wrote:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Sir

Please confirm withdrawal of this subpoena per below. The sender has not responded.

Tim Lord

Sent from my iPhone

Begin forwarded message:

**From:** Tim ESQ <timothyrlordesq@gmail.com>
**Date:** April 7, 2025 at 3:32:31 PM PDT
**To:** yanay@rabankruptcy.com, richard@rabankruptcy.com
**Cc:** Dennis Weller <dweller@truenorthamerica.com>
**Subject: Fwd: Teras Cargo Transport - Case 20-18843-RAM**

Dear Robert A. Angueira, Trustee/Yanay Galban, Esq.

I write for Mr. Weller in response to your subpoena of Teras/debtors' tax returns beginning in 2019.

Such documents are not in the possession of Mr. Weller, the former Controller of Teras America (the only debtor entity required to file a return) whose employment was terminated upon its closing business in 2016 and with the company then coming under Trustee control in 2020.

Recall Mr. Weller appeared for your previous 2004 examination in May of 2022 related to a prior subpoena duces tecum wherein you asked for tax returns. Further, recall that in advance of that examination (in 2021) our counsel reminded you that in December 2020, Teras provided documents and links to the universe of documents which included tax returns produced to the Trustee's lawyer – including the 2019 tax return.

The above (and the response you received from the same subpoena of Teras' former tax accountant) should allow you to find the existing documents you seek and support your formal withdrawal of the instant subpoena.

As a legal matter, can you provide the basis for your authority to even issue a subpoena given in August of 2022 you sold all legal rights, title and interest to all creditor claims to SAK Liquidation LLC (an entity created by Versant Funding, LLC for the purpose of purchasing Trustee's claims)?

Consequently, it is unclear under what authority you can examine Mr. Weller as SAK apparently owns all claims in bankruptcy, the fact that you received the 2019 return years ago in document production and that you would be responsible for filing any further returns thereafter and, you have previously examined Mr. Welle in May of 2022.

 Tim Lord


---------- Forwarded message ---------
From: **Tim Lord - TrueNorth** <tlord@truenorthamerica.com>
Date: Mon, Apr 7, 2025 at 3:13 PM
Subject: RE: Teras Cargo Transport - Case 20-18843-RAM
To: Tim Lord <timothyrlordesq@gmail.com>

**From:** Dennis Weller - TrueNorth <dweller@truenorthamerica.com>
**Sent:** Monday, April 7, 2025 3:03 PM
**To:** Tim Lord - TrueNorth <tlord@truenorthamerica.com>
**Subject:** FW: Teras Cargo Transport - Case 20-18843-RAM

**From:** Richard Auais <richard@rabankruptcy.com>
**Sent:** Monday, March 17, 2025 3:05 PM
**To:** Dennis Weller - TrueNorth <dweller@truenorthamerica.com>
**Cc:** Yanay Galban <yanay@rabankruptcy.com>
**Subject:** Teras Cargo Transport - Case 20-18843-RAM

Good afternoon,

Please see the attached documents regarding the above referenced case. Hard copies are being sent by U.S. Mail.

Thank you,

Richard Auais

Paralegal

Robert A. Angueira, Esq.

16 SW 1st Avenue

Miami, FL 33130

Tel. (305) 263-3328

richard@rabankruptcy.com

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and permanently delete this e-mail from your computer.