**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**West Palm Beach Division**

VERSANT FUNDING LLC, a
Delaware Limited Liability Company,

       Case No.: 17-cv-81140-WPD

   Plaintiff,

v.

TERAS BREAKBULK OCEAN
NAVIGATION ENTERPRISES, LLC
f/k/a TERAS BBC OCEAN
NAVIGATION ENTERPRISES
HOUSTON, LLC, et al.

   Defendants,

and

TERAS AMERICA, LLC; PNG PROJECT
SERVICES, LTD.; TERAS QUEENSLAND
PTY LTD.; TRUENORTH ENERGY
SYSTEMS, LLC; CARGO RISK
CONSULTING, LLC; AND SJS
INVESTMENTS, LLC,

   Third-Party Defendants.
_____/

**JOINT NOTICE REGARDING SETTLEMENT OF PLAINTIFF'S ATTORNEYS' FEES**

      Counsel for Plaintiff, VERSANT FUNDING, LLC, and Counsel for Defendants, TERAS BREAKBULK OCEAN NAVIGATION ENTERPRISES, LLC f/k/a TERAS BBC OCEAN NAVIGATION ENTERPRISES HOUSTON, LLC; TERAS CARGO TRANSPORT (AMERICA), LLC; TERAS CHARTERING, LLC d/b/a TERAS BBC CHARTERING, LLC; and SONNY JOE SANDERS and for Third-Party Defendants, TERAS AMERICA, LLC; PNG PROJECT SERVICES, LTD.; TERAS QUEENSLAND PTY LTD.; TRUENORTH ENERGY SYSTEMS, LLC; CARGO RISK CONSULTING, LLC; AND SJS INVESTMENTS, LLC,

pursuant to the Court's *Order Imposing Sanctions Due to Submission of "Hallucinated" Case by Counsel for Defendants and Third-Party Defendants* [DE 384], and the Paperless Order [DE 391] file this Joint Notice Regarding Settlement of Plaintiff's Attorneys' Fees and would state:

Parties have conferred and agreed upon the reasonable attorneys' fees and costs incurred by Plaintiff's counsel researching and replying to Defendants' Response [371], in the amount of $5,000.00. Payment to Plaintiff's counsel will be made contemporaneous with the filing of this notice.

Dated: May 30, 2025.

                                              Respectfully submitted,

                                              BELLO & MARTINEZ, P.L.L.C.
Joel A. Bello, Esq.
*Attorneys for Defendants & Third-Party Defendants*
*Local Counsel*
2850 S. Douglas Road, Suite 303
Coral Gables, Florida 33134
Telephone: (305) 967-8594
Primary E-mail: jbello@bmrlawgroup.com

By: /s/ *Joel A. Bello*_____
JOEL A. BELLO, ESQ.
Florida Bar No.: 573825

Timothy R. Lord, Esquire
*Attorneys for Defendants & Third-Party Defendants*
*Counsel Pro Hac Vice*
7116 Stinson Ave., Suite A207
Gig Harbor, WA 98335
Primary E-mail: tlord@truenorthamerica.com

By: */s/ Timothy R. Lord*_____
TIMOTHY R. LORD
California Bar No.: 213062

/S/ *Russell Bogart*
Russell Bogart, Esq., Counsel for Versant Funding

/S/ *David Blansky*
David Blansky, Esq.,
Co-Counsel for Versant Funding

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on the 30th day of May 2025, I electronically filed the foregoing notice with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF Filing.

By: */s/ Joel A. Bello, Esq.*
Joel A. Bello, Esq.
Fla. Bar No. 573825