UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-81140-WPD

| | |
|---|---|
| VERSANT FUNDING, LLC, a Delaware Limited Liability Company, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| TERAS BREAKBULK OCEAN NAVIGATION ENTERPRISES, LLC f/k/a TERAS BBC OCEAN NAVIGATION ENTERPRISES HOUSTON, LLC, TERAS CARGO TRANSPORT (AMERICA), LLC, TERAS CHARTERING, LLC d/b/a TERAS BBC CHARTERING, LLC, each a Delaware Limited Liability Company, and SONNY JOE SANDERS | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) / |

**ORDER ADOPTING REPORT OF MAGISTRATE JUDGE;
OVERRULING OBJECTIONS; ORDER GRANTING IN PART AND DENYING
IN PART MOTION TO STRIKE AFFIRMATIVE DEFENSES**

THIS CAUSE is before the Court upon the April 24, 2026 Report and Recommendation of Magistrate Judge William Matthewman (the "Report") [DE 138]. The Court has conducted a *de novo* review of the Report [DE 416], Defendants' and Third-Party Defendants' Objection to Report and Recommendation [DE 418], Plaintiff's Opposition to Defendants' Objections [DE 420], and is otherwise fully advised in the premises.

A party seeking to challenge the findings in a report and recommendation of a United States Magistrate Judge must file "written objections which shall specifically identify the portions of the proposed findings and recommendation to which objection is made and the

specific basis for objection." *Macort v. Prem, Inc.*, 208 F. App'x 781, 783 (11th Cir. 2006) (quoting *Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989)). "It is critical that the objection be sufficiently specific and not a general objection to the report." *Macort*, 208 F. App'x at 784 (citing *Goney v. Clark*, 749 F.2d 5, 7 (3d Cir. 1984)). If a party makes a timely and specific objection to a finding in the report and recommendation, the district court must conduct a *de novo* review of the portions of the report to which objection is made. *Macort*, 208 F. App'x at 783-84; see also 28 U.S.C. § 636(b)(1). The district court may accept, reject, or modify in whole or in part, the findings or recommendations made by the Magistrate Judge. *Macort*, 208 F. App'x at 784; 28 U.S.C. § 636(b)(1). Accordingly, the Court has undertaken a *de novo* review of the record and the Objection to Magistrate Judge's Report and Recommendation.

The Court agrees with the Magistrate Judge's conclusions in the Report that Versant's Motion to Strike Affirmative Defenses should be granted in part and denied in part based on the reasons stated therein. Defendants' objections are overruled. Moreover, the Court agrees with the Magistrate Judge that the First Affirmative Defense, Sixth Affirmative Defense, Seventh Affirmative Defense, Fourteenth Affirmative Defense, Thirty-Third Affirmative Defense, and Thirty-Ninth Affirmative Defense should be treated as withdrawn and deemed denials. Finally, the Court agrees with the Magistrate Judge that the remaining affirmative defenses should be stricken with leave to file amended affirmative defenses within seven days.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 416] is hereby **APPROVED**;

2. The Objection [DE 418] is **OVERRULED**;

3. Plaintiff's Versant's Motion to Strike Affirmative Defense [DE 413] is **GRANTED IN PART AND DENIED IN PART**;

4.  The First Affirmative Defense, Sixth Affirmative Defense, Seventh Affirmative Defense, Fourteenth Affirmative Defense, Thirty-Third Affirmative Defense, and Thirty-Ninth Affirmative Defense are treated as withdrawn and deemed denials.

5.  The remaining affirmative defenses are stricken with leave to file amended affirmative defenses on or before **June 8, 2026**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of June, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Magistrate Judge Matthewman
Counsel of record

3